IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:10cv45-1
[CRIMINAL CASE NO. 1:07cr85]

| | | |
|---|---|---|
| BOBBY DWAYNE WARREN | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**THIS MATTER** is before the Court on the Application for Admission to Practice *Pro Hac Vice*. [Doc. 1].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* is **ALLOWED**, and Marcis G. Shein is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: February 25, 2010

Martin Reidinger
United States District Judge